BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

<u>DATE 9/5/2019</u>

<u>CRIMINAL CAUSE FOR PLEADING</u>

<u>DOCKET # 17cr601(ENV)-2</u>

| <u>Defendant</u> | <u>COUNSEL</u> |
|---|---|
| Salvatore Russo | Joseph Conway |

AUSA: Tanya Hajjar

Interpreter: n/a

COURT REPORTER: Lisa Schmid

X    CASE CALLED FOR PLEADING

X    DEFT SWORN

X    DEFENDANT ENTERS A PLEA OF GUILTY TO <u>COUNT 2 of the INDICTMENT</u>

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO <u>COUNT 2 of the INDICTMENT</u>

X    SENTENCING WILL BE SCHEDULED AFTER THE PROBATION REPORT IS COMPLETE

---

Time in Court: 45 Minutes